

DEC 0 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    CASE NO. CR-F-06-0323 AWI LJO

               Plaintiff,          **ORDER FOR MEDICAL EXAMINATION OF CARVEL RICE**

    vs.

CARVEL RICE,

               Defendant.

_____/

**TO THE CAPTAIN IN CHARGE OF THE FRESNO COUNTY JAIL AND TO THE MEDICAL OFFICER ON DUTY:**

    YOU ARE DIRECTED to arrange for a physical examination of defendant CARVEL RICE by a medical physician for the complaint of rectal bleeding.  YOU ARE DIRECTED that the examination is to performed ON DECEMBER 8, 2006.

    Should a physical examination of defendant CARVEL RICE by a medical physician for the complaint of rectal bleeding not be performed on December 8, 2006, YOU ARE DIRECTED to submit a declaration to this Court no later than 3:00 p.m via facsimile (559-494-3961) on December 8, 2006 explaining what has been done for defendant CARVEL RICE and why he has not been seen by a physician.

    **Failure to timely comply with this Court Order will result in the an Order to Show Cause re Contempt to be issued to the Sheriff's Department, the Captain in charge of the Fresno County Jail and to the Medical Officer on Duty.**

    IT IS SO ORDERED.

DATED: _December 8, 2006_                    _____

                                       LAWRENCE J. O'NEILL
                                       UNITED STATES MAGISTRATE JUDGE