

FILED
DEC 0 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>CARVEL RICE,<br><br>        Defendant.<br>_____/ | CASE NO. CR-F-06-0323 AWI LJO<br><br>**ORDER TO U.S. MARSHAL'S OFFICE RE SERVICE OF ORDER** |

**TO THE UNITED STATES MARSHAL'S SERVICE:**

YOU ARE DIRECTED to serve on the Fresno County Jail, the Captain in Charge of the Fresno County Jail and to the Medical Officer on Duty, this Court's order entitled "Order for Medical Examination of Carvel Rice."

IT IS SO ORDERED.

DATED: December 8, 2006

                                                                       LAWRENCE J. O'NEILL
                                                     UNITED STATES MAGISTRATE JUDGE